AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br><br>FNU LNU, a/k/a "Tony Colon," a/k/a "Henry Enrique,"<br>a/k/a "Anderson Chacon," a/k/a "Scooby"<br>*Defendant* | ) ) ) ) ) ) ) | Case No.  17-6059-MPK |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    FNU LNU, a/k/a "Tony Colon," a/k/a "Henry Enrique," a/k/a "Anderson Chacon," a/k/a "Scooby",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

   18 USC 922(g)(5)(A) - Alien in Possession of a Firearm


Date:   03/24/2017                                              _____
                                                                          *Issuing officer's signature*

City and state:   Boston, Massachusetts                 Hon. M. Page Kelley, United States Magistrate Judge
                                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.<br><br>Date: _____                                                       _____<br>                                                                                              *Arresting officer's signature*<br><br>                                                                                              _____<br>                                                                                              *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: __FNU LNU__

Known aliases: __"Tony Colon," "Henry Enrique," "Anderson Chacon," "Scooby"__

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: __Male__   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: __FBI__

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____